RECEIVED
IN MONROE, LA.
OCT 22 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

IN THE UNTIED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| DEXTER DAVIS | : | CASE NO. 12CV-0818 |
| VS. | : | JUDGE TRIMBLE |
| TOM VILSACK (Secretary OF Agriculture) | : | MAGISTRATE JUDGE HAYES |

### MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.2.6, Plaintiff, DEXTER DAVIS, by and through his attorney, moves the Court to admit, *pro hac vice*, JESSE L. KEARNEY, for the purposes of representing the Pro Se Plaintiff as Counsel and participating in this case.

1. Mr. KEARNEY is a member in good standing with the Supreme Court of Arkansas and the Supreme Court of the United States; United States Court of Appeals, 8th Circuit; and the United States District Courts for the Eastern and Western Districts of Arkansas; has practiced as Pro Hac Vice in proceedings in the United States District Courts in the Northern District of Mississippi and the Northern District of Texas. Mr. Kearney has extensive experience litigating claims against USDA for Credit Discrimination as Class Counsel in the Pigford v. Vilsack, Black Farmer Litigation, Case No:1:97-CV-01978, DCD and the Black Farmer Discrimination Litigation Case No.:1:10-CV-01053, DCD.

2. Mr. KEARNEY's address and telephone number are:

   JESSE L. KEARNEY
   Cross & KEARNEY, PLLC
   1022 West 6th Street
   Pine Bluff, AR 71601
   (870) 536-4056
   Email: cklawoffices@aol.com

3. Mr. KEARNEY agrees to subject himself to the jurisdiction and rules of the U.S. District Court for the Western District of Louisiana governing professional conduct.

4. Pursuant to Local Rule 83.2.6, Plaintiff respectfully request that this Court allow Mr. KEARNEY to appear in this case for the limited purposes of the pending litigation and waive the requirement that local counsel be designated.

Wherefore, Plaintiff move the Court permit Mr. JESSE L. KEARNEY to appear as an attorney *pro hac vice* for Plaintiff in the above styled case.

Respectfully Submitted,

JESSE L. KEARNEY
Cross & Kearney
P. O. Box 6606
Pine Bluff, AR 71611
(870) 536-4056

## CERTIFICATE OF SERVICE

I, JESSE L. KEARNEY, Attorney for Plaintiff herein, DEXTER DAVIS, certify that a copy of the above and foregoing Motion for Admission Pro Hac Vice was served upon the Defendants, by mailing same to United States Attorney Western District of Louisiana, 800 Lafayette St, Ste 2200, Lafayette, Louisiana, 70501, on this 11th day of October, 2012.

JESSE L. KEARNEY

**CROSS & KEARNEY PLLC**
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY
1022 WEST 6TH
P.O. BOX 6606
PINE BLUFF, ARKANSAS 71611
cklawoffices@aol.com

**PARTNERS**
OTHELLO C. CROSS
JESSE L. KEARNEY

**TELEPHONE**
(870) 536-4056
(870) 536-4057
(870) 536-4082
FAX 536-0216

RECEIVED
IN MONROE, LA.
OCT 22 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

October 16, 2012

United States District Court
Western District Louisiana
Debbie Dickerson, Clerk
P. O. Drawer 3087
Monroe, La 71210-1148

       RE:   Dexter Davis v. Tom Vilsack
                Admission Pro Hac Vice
                Jesse L. Kearney

Dear Ms. Dickerson:

     Enclosed please find the following documents in regards to the above referenced matter:

     1. Motion for Admission to Western District Pro Hac Vice, waiving the request for local counsel, to be filed in this case.

     2. Order for Admission to Western District Pro Hac Vice, to be signed by the Court in the event the motion is approved.

     3. My check # 3680 in the sum of $105.00 for the cost of filing.

     Please file the motion and forward to the appropriate Judge along with the proposed order for the issuance of the Order. Once filed please return a copy of that Order to me.

     Thank you for your kind consideration and assistance in this matter.

                                                         Sincerely,

                                                          Jesse L. Kearney

JLK:br
encl.