IN THE UNTIED STATES DISTRICT COURT
~~EASTERN DISTRICT~~ OF LOUISIANA
WESTERN DISTRICT
Monroe Division

DEXTER DAVIS                                                                      PLAINTIFF

VS.                         CASE NO. 3:12CV-0818

TOM VILSACK                                                                    DEFENDANTS

### ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*

Considering the foregoing Motion and the Court finding that Jesse L. Kearney is well and properly qualified for admission to practice before this Court, *pro hac vice*;

IT IS SO ORDERED BY THE COURT that Jesse L. Kearney, a member of the Bar of the State of Arkansas, be and he is hereby admitted to practice before this Court, *pro hac vice*, for purposes of the conduct of the instant litigation only. The requirement for local counsel is hereby waived.

This 24th day of October, 2012.

_____
Judge